# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIO VARGAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES ROBERTSON,<br><br>　　　　Respondent. | Case No. 1:21-cv-00655-NONE-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the petition, Petitioner raises the following claims for relief: (1) whether an unlawful sentence must be recalled via California Penal Code section 1170(d) when a court violates mandatory provisions governing the length of confinement; (2) whether recall and resentencing proceedings require notice to the offender, their appearance, the assistance of counsel, and the opportunity to appeal an order denying recall and resentencing; and (3) whether equal protection is violated when only some similarly situated offenders are granted a resentencing hearing to address unlawful great bodily injury enhancements. (ECF No. 1).

On June 28, 2021, Respondent filed a motion to dismiss, arguing that the petition was filed outside the one-year limitation period. (ECF No. 12). That same day, Respondent lodged state court documents in support of the motion to dismiss. (ECF No. 13).

///

1

The petition in the instant case concerns the state court's denial of a sentence recall and resentencing. In the state habeas petitions filed by Petitioner's state habeas counsel, there are references to the California Department of Corrections and Rehabilitation's July 16, 2018 request of recall and resentencing and the Tulare County Superior Court's November 6, 2018 denial of said request. (ECF No. 13-4 at 12–13; ECF No. 13-6 at 10).[1] These documents were not lodged by Respondent.

The Court finds that supplemental briefing and further development of the record with respect to the above-referenced sentence recall and resentencing request would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS:

1. Within thirty (30) days of the date of service of this order, Respondent shall:
   a. file a supplemental brief regarding the sentence recall and resentencing request and denial and the impact, if any, on the timeliness of Petitioner's claims; and
   b. lodge any evidence necessary for the resolution of the issue;
2. Within twenty-one (21) days of the date of service of Respondent's brief, Petitioner may file a response to Respondent's brief; and
3. Within seven (7) days of the date of service of Petitioner's response, Respondent may file a reply.

IT IS SO ORDERED.

Dated:  **August 20, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.