UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIO VARGAS,<br><br>          Petitioner,<br><br>     v.<br><br>JAMES ROBERTSON,<br><br>          Respondent. | No. 1:21-cv-00655-ADA-SAB (HC)<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENT'S MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>(ECF Nos. 12, 28) |

Petitioner Candelario Vargas ("Petitioner") is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2023,[1] the assigned Magistrate Judge issued amended findings and recommendations recommending denial of Respondent's motion to dismiss. (ECF No. 28.) The amended findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the findings and recommendations. (*Id.*) To date, no objections have been filed, and the time for doing so has passed.

///

---

[1] The findings and recommendations were signed on May 4, 2023, but not docketed until May 5, 2023.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The amended findings and recommendations issued on May 5, 2023, (ECF No. 28), are adopted in full;
2. Respondent's motion to dismiss, (ECF No. 12), is denied; and
3. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 5, 2023

UNITED STATES DISTRICT JUDGE